■ CHRISTOPHER MANFRIED, an Infant, by His Father and Natural Guardian, STUART MANFRIED, et al., Appellants, v COMSEWOGUE UNION FREE SCHOOL DISTRICT et al., Respondents. [632 NYS2d 480] —Appeal by the plaintiffs from a judgment of the Supreme Court, Suffolk County (Werner, J.), entered May 12, 1994.

Ordered that the judgment is affirmed, with one bill of costs payable to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Werner at the Supreme Court in her decision dated April 13, 1994. Sullivan, J. P., Thompson, Copertino, Krausman and Florio, JJ., concur.